HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID CARROLL STEPHENSON,<br><br>  Petitioner- Appellant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent- Appellee. | CASE NO. C12-5581 RBL<br><br>(9TH CIR. NO. 12-35787)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY<br><br>[DKT. #10] |

THIS MATTER is before the Court on limited remand by the Ninth Circuit to determine whether this Court should issue a Certificate of Appealability to Petitioner Stephenson [Dkt. #10; *citing United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997)]. Mr. Stephenson has since filed his own Motion seeking a Certificate of Appealability [Dkt. #11].

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were

adequate to deserve encouragement to proceed further.  *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  *Slack v. McDaniel*, 120 S.Ct. at 1604.

This court dismissed the petition as time-barred under 28 U.S.C. § 2244(d).  The case was therefore dismissed on procedural grounds.

Petitioner's claim is that this court (and, presumably, the Ninth Circuit) lacks jurisdiction over him and that his conviction is "jurisdictionally void."  [*See*, most recently, Dkt. # 11]  He apparently claims that because this is so, the judgment against him never became final and, therefore, that the one year time limit of 28 U.S.C. § 2244(d) has not commenced running, much less expired.

There is nothing in the record that would support a conclusion that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.

The Petitioner's Motion for a Certificate of Appealability [Dkt. #11] is therefore DENIED, and this Court will not issue such a Certificate.

IT IS SO ORDERED.

Dated this 11th day of October, 2012.

Ronald B. Leighton
United States District Judge